IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RANDY C. PORTSCHE, | ) | |
|---|---|---|
| Petitioner, | ) | 4:06CV3193 |
| v. | ) | |
| MARY DOYLE, | ) | ORDER |
| Respondent. | ) | |

Before the court is petitioner's Motion for Temporary Restraining Order, Filing No. 1, and Motion for Leave to Proceed in Forma Pauperis, Filing No. 2. After considering the matter, the court finds that it has no jurisdiction in this case. Accordingly, the motions are denied.

SO ORDERED.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge